# EXHIBIT A

**Innovative Renal Care**
P.O. Box 989728
West Sacramento, CA 95798-9728

Steevenson Jolicoeur

February 14, 2025

**Re: Notice of Data Incident**

Dear Steevenson Jolicoeur:

American Renal Management LLC d/b/a Innovative Renal Care is writing to inform you of an incident that may impact the privacy of some of your information. You are receiving this letter because you are a current or former employee at one of the clinics we manage. Although we are not aware of any identity theft or fraud as a result of this incident, we are providing you with information about the incident, our response, and steps you can take, should you feel it appropriate to do so.

**What Happened?** On February 29, 2024, we learned of suspicious activity within certain computer systems. Upon learning of the activity, we immediately took steps to secure our environment and began an investigation to determine the nature and scope of the activity. The investigation determined an unauthorized actor accessed certain computer systems between February 21, 2024 and March 1, 2024. During this time, files from certain internal systems were copied. As a result, we undertook an extensive review of the involved files and folders to determine whether they contained sensitive information and to whom the information relates.

**What Information Was Involved?** This review was recently completed, and we determined that your information was present in the involved files and we are notifying you out of an abundance of caution. This information includes your name, and Social Security number.

**What We Are Doing.** We treat the responsibility to safeguard information in our possession as an utmost priority. Upon learning of this incident, we promptly took steps to secure our systems, began a comprehensive investigation, and worked diligently to provide affected individuals with notice. As part of our commitment to the privacy and security of information in our care, we continue to review and enhance existing policies and procedures relating to data protection and security. We also implemented additional security measures to mitigate risk associated with this event and to help prevent similar future incidents. We also notified law enforcement and are providing notice of this incident to relevant regulators.

Out of an abundance of caution, we are also offering you complimentary access to twelve (12) months of credit monitoring and identity restoration services through IDX. While we are covering the cost of these services, due to privacy restrictions, you will need to complete the activation process yourself. Enrollment instructions are included in this letter below.

**What You Can Do.** Although there is no evidence of any actual or attempted identity theft or fraud of your information, as a general best practice, we encourage you to remain vigilant against incidents of identity theft and fraud